UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CEDRICK D. BENSON,<br><br>        Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:13-cv-02013-APG-VCF<br><br>**Order Accepting Magistrate Judge's Report and Recommendation and Dismissing Case**<br><br>(Dkt. ##14, 16, 19) |

  On April 4, 2014, Magistrate Judge Ferenbach entered his Report & Recommendation [Dkt. #19] recommending that Plaintiff's Motion for Reversal and/or Remand [Dkt. #14] be denied and that Defendant's Cross-Motion to Affirm [Dkt. #16] be granted. No objection has been filed to Judge Ferenbach's Report & Recommendation. I have conducted a de novo review of the issues set forth in the Order pursuant to Local Rule IB 3-2. Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis, and the factual bases, for the decision. Therefore,

  IT IS HEREBY ORDERED that Judge Ferenbach's Report & Recommendation is accepted, Plaintiff's Motion [Dkt. #14] is DENIED, Defendant's Cross-Motion [Dkt. #16] is GRANTED, the Administrative Law Judge's decision is affirmed, and this case is DISMISSED. The clerk of the court shall enter Judgment accordingly.

  Dated: June 19, 2014.

                      _____
                      ANDREW P. GORDON
                      UNITED STATES DISTRICT JUDGE